UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  MICHAEL EUGENE FISHER<br>  MARIAN FISHER<br>                    Debtors | CASE NO: 06-31145<br>        (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 1,008 | HARLEY DAVIDSON CREDIT<br>8529 INNOVATION WAY<br>CHICAGO, IL  60682 | 138.22 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service                06-31145

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL EUGENE FISHER
MARIAN FISHER
62 FRANK ST
DAYTON, OH  45409

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(1008.1)
HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL  60682

(1008.3)
HARLEY DAVIDSON CREDIT
BOX 21850
CARSON CITY, NV  89721

(22.1n)
HARLEY DAVIDSON CREDIT
ATTN BANKRUPTCY DEPT  2ND FLR
BOX 21850
CARSON CITY, NV  89721

(1012.1n)
HARLEY DAVIDSON CREDIT CORP
BOX 829009
DALLAS, TX  75382

(24.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner              sv